UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Criminal Action No. 21-cr-20460
                                           HON. BERNARD A. FRIEDMAN

vs.

ABREY ARMON WILLIS,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY COMPASSIONATE RELEASE

Before the Court is defendant Abrey Armon Willis's motion for temporary compassionate release. (ECF No. 22, PageID.42).  Willis represents that the government "takes no position" on his motion. (*Id.*).  Because the Court does not find a sufficient basis to grant his motion, it is hereby,

ORDERED that Willis's motion for temporary compassionate release (ECF No. 22) is denied.

Dated:  July 21, 2022
      Detroit, Michigan

/s/ Bernard A. Friedman
_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE